## WALL v. LOWER COLORADO RIVER AUTHORITY et al.

### No. 3759.

Court of Civil Appeals of Texas. Beaumont.

Aug. 30, 1940.

Wheeler & Wheeler, of Austin, and F. H. Hammond, of Burnet, for appellant.

Powell, Rauhut & Gideon, of Austin, for appellees.

COMBS, Justice.

On agreement of the parties this cause is dismissed. This order is subject to payment of costs of this appeal which are taxed against appellant.